# RE BARRETT MANUFACTURING COMPANY.

### TRADEMARK; SIMILARITY OF NAMES.

The similarity of the words "Hydronon" and "Hydrocide" precludes, as
tending to create confusion in trade, the registration of the former
as a trademark for bituminous paint, where the latter has already
been registered for goods of the same descriptive properties. (Citing
*Seubert* v. *Santaella & Co.* 36 App. D. C. 447, and *Breitenbach* v.
*Rosenberg,* 37 App. D. C. 102.)

No. 894. Patent Appeal. Submitted January 16, 1914. Decided February
2, 1914.

HEARING on an appeal from a decision of the Commissioner
of Patents refusing registration of a trademark.    *Affirmed.*

The facts are stated in the opinion.

*Messrs. Merwin & Swenarton* and *Mr. W. B. Morton* for the
appellant.

*Mr. Webster S. Ruckman* for the Commissioner of Patents.

Mr. Justice ROBB delivered the opinion of the Court:

This appeal is from a decision of the Commissioner of
Patents refusing to register the word "Hydronon," with a para-
graph beneath, as a trademark for bituminous paint, the ground
of the refusal being the prior registration of the word "Hydro-
cide" as a trademark for the same class of goods. We agree
with the Commissioner that the words are so nearly alike as
to be likely to cause confusion in trade when applied to goods
of the same descriptive properties, and therefore affirm the
decision. *Seubert* v. *Santaella & Co.* 36 App. D. C. 447;

*Breitenbach* v. *Rosenberg,* 37 App. D. C. 102; *Northwestern Consol. Mill. Co.* v. *Mauser & Cressman,* 162 Fed. 1004; *Florence Mfg. Co.* v. *Dowd,* 171 Fed. 122.                    *Affirmed.*